445 A.2d 224

Commonwealth v. Morrow, Appellant.

Petition for Allowance of Appeal Denied Sept. 13, 1982.

Submitted January 25, 1982. Michael G. Defino, for appellant; Ann Carol Lebowitz, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.